**ORDERED in the Southern District of Florida on August 5, 2016.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE: CASE NO.: 16-15765-JKO

Ana Lau CHAPTER 13

DEBTOR /

**ORDER DENYING DEBTOR'S MOTION TO REINSTATE CASE**

THIS CAUSE came to be heard on August 3, 2016, on Debtor's Motion to Reinstate Case (ECF #8), and the Court being duly advised in the premises, it is:

ORDERED:

For the reasons stated on the record, the Debtor's Motion to Reinstate Case is **DENIED**.

###

ORDER SUBMITTED BY:

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FLORIDA 33355-9007
COPIES FURNISHED TO:

ROBIN R. WEINER ESQUIRE IS DIRECTED TO SERVE COPIES OF THIS ORDER ON THE PARTIES LISTED ABOVE AND FILEA CERTIFICATE OF SERVICE.