

**ORDERED in the Southern District of Florida on August 8, 2016.**

                                                                  /s/ John K. Olson

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                                      Case No.  **16-15765-JKO**

**Ana Lau,**

        Debtor.                                                         Chapter   **13**
_____/

### ORDER DIRECTING DISGORGEMENT AND DISCHARGING ORDER TO SHOW CAUSE

       This case came before the Court on August 3, 2016 on this Court's Order to Show Cause why Debtor's Counsel Should Not Be Sanctioned For Failure to File Schedules [ECF 11].

       For the reasons stated on the record, it is hereby **ORDERED:**

       1.       Debtor's Counsel is DIRECTED to disgorge the amount of $340.00 to the Debtor.

       2.       Debtor's Counsel is DIRECTED to file proof of disgorgement within 7 days of

the entry of this Order

    3.    The Order to Show Cause [ECF 11] is DISCHARGED.

###

Copies furnished to:

All parties in interest