**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

Ana Lau
Debtor(s).
____________________ /

Case No. 16-15765-JKO
Chapter 13

# NOTICE OF COMPLIANCE

**I HEREBY CERTIFY** that I have disgorged the amount of $340.00 to the Debtor this 8 day of August 2016 *(see attached)*.

Robin R. Weiner, Trustee (via ECF) and Office of the U.S. Trustee (via ECF)

and by U.S. Mail to:

Ana Lau
2713 Island Dr
Miramar, FL 33023

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

Submitted By:
/s/ (Filed CM/ECF)
Aramis Hernandez, Esq. FL Bar No. 62205
139 Northeast First Street Suite 600
Miami, Florida 33132
305.374.7744 305.374.2224 (fax)
Aramis@MiamiLegalCenter.com