2175

Downtown Miami Legal Center
139 NE 1ST STREET, SUITE 600
MIAMI, FL 33132
TEL 305.374.7744

CHASE 1st BUSINESS
JPMorgan Chase Bank, N.A.
www.Chase.com

EZShield™ Check Fraud Protection for Business

63-8413/2670

08/08/2016

PAY TO THE ORDER OF Ana Lau $ 340.00

three-hundred forty dollars DOLLARS

Security features. Details on back.

VOID AFTER 90 DAYS

MEMO OSC, 16-15765-JKO

AUTHORIZED SIGNATURE

⑈ 4131⑆ 2673⑈

Downtown Miami Legal Center 2175

Downtown Miami Legal Center 2175